UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Laurel Hill Management Services, Inc., et al.,

Plaintiff(s),

v.

Case No. 2:24−cv−13230−DML−KGA
Hon. David M. Lawson

La−Z−Boy Incorporated, et al.,

Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

Motion − #18
Motion to Dismiss − #19

- MOTION HEARING: June 4, 2025 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/S. Pinkowski
Case Manager

Dated: March 11, 2025